| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1089 2:03CR-00051-01B |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:05cr 15 MMP |

| NAME AND ADDRESS OF PROBATION | DISTRICT | DIVISION |
|---|---|---|
| Joshua Paul WILDMAN<br>C/O Robert & Mary Farnan<br>20 U.S. Highway 19 South<br>Inglis, FL 34449<br>Telephone (352) 447-1378 | WYOMING | U.S. PROBATION OFFICE |
| | NAME OF SENTENCING JUDGE | |
| | CLARENCE A. BRIMMER, U.S. DISTRICT JUDGE | |
| | DATES OF SUPERVISED RELEASE | FROM: March 4, 2005  TO: March 2, 2008 |

OFFENSE

BANK FRAUD
[18 U.S.C. § 1344]

### PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF FLORIDA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-15-05
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

April 29 2005
Effective Date

*[signature]*
United States District Judge