IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:05-cr-00015 MMP

JOSHUA PAUL WILDMAN,

    Defendant.
_____/

**O R D E R**

Previously, in doc. 4, a petition for warrant or summons for offender under supervision was filed by the probation department, and the undersigned directed that a summons be issued, requiring the defendant to show cause why his supervision should not be revoked.  Pursuant to the summons, the defendant appeared before Judge Allan Kornblum on August 12, 2005, for an Initial Appearance on the alleged violation of supervised release.  After the initial appearance, Defendant was released back on supervision under the same terms and conditions and he was ordered to appear before the undersigned for a final hearing regarding revocation of supervised release.  The final hearing was set for August 17, 2005 at 2:30 p.m.  The defendant failed to appear for the final hearing at the appointed time.  Accordingly, his bond is revoked, and the United States Marshal is directed to take Mr. Wildman into custody under the authority of this order.   Also, the final revocation hearing is hereby reset for 4:00 p.m. on Thursday, August 18, 2005.

    **DONE AND ORDERED** this _17th_ day of August, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge